# UNITED STATES DISTRICT COURT
## for the
### Middle District of Louisiana

2008 FEB 29 P 2: 23

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| William Bernard Turner | ) Case No: 00-182-JVP-DLD and 00-183-JVP-DLD |
| | ) USM No: 03523-095 |
| Date of Previous Judgment: December 12, 2003 | ) Jean M. Faria |
| (Use Date of Last Amended Judgment if Applicable) | ) Defendant's Attorney |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of [ ] the defendant [ ] the Director of the Bureau of Prisons [x] the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. §994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
[ ] DENIED. [x] GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of __123__ months **is reduced to** __117 months__.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)

| | | | |
|---|---|---|---|
| Previous Offense Level: | 32 | Amended Offense Level: | 31 |
| Criminal History Category: | III | Criminal History Category: | III |
| Previous Guideline Range: | 151 to 188 months | Amended Guideline Range: | 135 to 168 months |

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
[ ] The reduced sentence is within the amended guideline range.
[x] The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
[ ] Other

**III. ADDITIONAL COMMENTS**



Except as provided above, all provisions of the judgment dated __12-12-03__ shall remain in effect.
**IT IS SO ORDERED.**

Order Date: February 29, 2008

Effective Date: March 13, 2008
(if different from order date)

Judge's signature

John V. Parker, U.S. District Judge
Printed name and title